**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Costanza Amore, | : | Case No. 20-14115 – PMM |
| | : | |
| Debtor. | : | |
| | : | |
| Costanza Amore, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. 21-036 – PMM |
| | : | |
| OneMain Financial Group, LLC, | : | |
| | : | |
| Defendant. | : | |

**ORDER DISMISSING ADVERSARY PROCEEDING**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

**AND NOW**, upon consideration of the Order Granting the Motion to Dismiss Case for Failure to Make Plan Payments entered on June 17, 2021 dismissing the bankruptcy case (Bky. Case 20-14115, Doc. # 52);

**AND**, the above-captioned adversary proceeding is currently pending;

**AND**, it being settled that generally, dismissal of the main bankruptcy case will result in dismissal of all pending adversary cases, see In re Smith, 866 F.2d 576 (3d Cir. 1989); In re Stardust Inn, Inc., 70 B.R. 888 (Bankr. E.D. Pa. 1987); Marcarelli v. Grocott, 507 B.R. 816 (E.D. Pa. 2014);

**AND**, there being no justification for this Court's retention of jurisdiction over this proceeding by way of ancillary jurisdiction;

**It is therefore**

**ORDERED** that the above-captioned adversary proceeding is **DISMISSED** for lack of subject matter jurisdiction; it is further

**ORDERED** the Clerk shall administratively **CLOSE** this adversary proceeding.

**Date: June 30, 2021**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**